UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                    )
                                          )
JOHN E TAYLOR JR                          )    CASE NO: 17-31908
                                          )
         DEBTOR(s)                        )

## SCHEDULE OF ALLOWED CLAIMS

The debtor(s), JOHN E TAYLOR JR, states that the following claims have been duly proven and should be allowed as unsecured and paid in accordance with the Order of Confirmation:

CLAIM #2-Motion will be filed

Bank of America
PO Box 15102
Wilmington, DE 19886
Pay: $15,355.96 Unsecured
Account #3332

Quantum3 Group
PO Box 788
Kirkland, WA 98083
Pay: $2,831.98 Unsecured
Account #2690

Georgia Power Company
2500 Patrick Henry Parkway
McDonough, GA 30253
Pay: $199.01 Unsecured
Account #3627

Capital One Bank
PO Box 82609
Lincoln, NE 68501
Pay: $3,357.85 Unsecured
Account #6963

DIRECTV
PO Box 5008
Carol Stream, IL 60197
Pay: $743.42 Unsecured
Account #6665

USAA Savings Bank
c/o Weinstein and Riley
PO Box 3978
Seattle, WA 98124
Pay: $15,247.32 Unsecured
Account #0197

This 2nd day of November, 2017.

                                                /s/ Kimberly L. Staples
                                                KIMBERLY L. STAPLES
                                                MUSSELWHITE, MEINHART & STAPLES
                                                385 WEST LINCOLN TRAIL BLVD.
                                                RADCLIFF, KY 40160
                                                270-351-6032